UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRI-DAM,<br><br>    Plaintiff,<br><br>    v.<br><br>KHALID JOSEPH MAYAR,<br><br>    Defendants. | Case No.  1:23-cv-01204-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 17). |

On May 6, 2024, the parties filed a joint stipulation for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 17). The parties' stipulation states that the parties have agreed that the Court shall retain jurisdiction to enforce the settlement agreement. (ECF No. 17 at 1; *see also id.* at 4-11, Exhibit A, "Compromise Settlement Agreement and Mutual General Release of All Claims" ¶ 16).

In light of the parties' stipulation (ECF No. 17), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice.

Further, the Court will retain jurisdiction to enforce the terms of the settlement agreement for no longer than six months from the date of this order.[1] *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994)) (district courts may retain ancillary jurisdiction to enforce settlement agreements).

---

[1] The Court declines to retain jurisdiction indefinitely.

1

1    Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **May 8, 2024**                    /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

2